# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA            :

                                    :        Hon. Katharine S. Hayden

V.                                  :        No. 22-cr-801

LILIAN O. OKEREKE                   :        **ORDER MODIFYING**

*Defendant.*                        :        **CONDITIONS OF RELEASE**

This matter having come before the Court by application of the Defendant, Lilian

Okereke, by her attorney, Olubukola O. Adetula, Esq., dated November 26, 2024; and the Court

having considered the request, to which the U.S. Department of Justice, Criminal Division, Fraud

Section (by Nicholas Peone, Trial Attorney) does not object, and the U.S. Pretrial Services

Office for the District of New Jersey also has no objection:

IT IS, therefore, on this 3rd day of November 2024, *December*

ORDERED that Ms. Okereke's conditions of release be modified (1) to extend Ms.

Okereke's travel to include Nigeria between December 6, 2024 and January 12, 2025, with prior

approval of her travel itinerary by the Government and Pretrial Services Office; (2) Pretrial

Services Office shall to return to Ms. Okereke her US and Nigerian passports, solely for

purposes of travel between the United States and Nigeria on the above dates; (3) Ms. Okereke

shall travel with her husband, Victor Ezukam, and her three children, Adanna Ezukam, Urenna

Ezukam, and Jidenna Ezukam, all of whom shall travel to Nigeria on December 6, 2024 and

return to New Jersey on January 12, 2025. While in Nigeria, they shall reside at 38 Raufu

Williams Street, Suru-Lere, Lagos Nigeria, with Chioma Nwokoro, her childhood friend; and

(4) Ms. Okereke shall, if requested, execute and provide a waiver of extradition to the

Government prior to her travel on December 6, 2024.

Hon. Katharine S. Hayden
United States District Judge